1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ROSS J. CURTIS,                        Case No. CV 12-7369 FMO (SS)

12                  Petitioner,

13        v.                                        **JUDGMENT**

14   MATTHEW CATE, Secretary of
     Prisons, California Department
15   of Corrections,

16                  Respondent.

17

18        Pursuant  to  the  Court's  Order  Accepting  Findings,

19   Conclusions  and  Recommendations  of  United  States  Magistrate

20   Judge,

21

22        IT IS HEREBY ADJUDGED that the above-captioned action is

23   dismissed with prejudice.

24

25   Dated: March 3, 2014

26                                    _____/s/_____
                                      FERNANDO M. OLGUIN
27                                    UNITED STATES DISTRICT JUDGE

28